UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN PERFECTO-SANCHEZ,<br><br>　　　　　　　　　　　Defendant. | Case No.: 24-cr-2311-JO<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH SENTENCING WITHOUT A PRESENTENCE REPORT |

　　　　On February 4, 2025, the Defendant filed an unopposed motion to waive the preparation of a presentence report ("PSR") and to proceed with sentencing with a RAP sheet. (Dkt. 27.) For good cause shown and based on the unopposed motion, the Court GRANTS the unopposed motion to waive the PSR and to proceed with sentencing with a RAP sheet. *See United States v. Shehadeh*, 962 F.3d 1096, 1102 (9th Cir. 2020) (Holding that a defendant may waive his right to the preparation of a presentence report under Fed. R. Crim. P. 32.). Accordingly, the sentencing with a PSR hearing set for February 7, 2025 is VACATED and a sentencing without a PSR is set for February 7, 2025 at 8:30 a.m.

　　　　IT IS SO ORDERED.

　　　　Dated: 2/5/2025　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JINSOOK OHTA
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE